# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. BELLWOODE LLC, an Oklahoma Limited, Liability Company,<br><br>  Plaintiff,<br><br>v.<br><br>1. COVINGTON SPECIALTY INSURANCE COMPANY, A Foreign For Profit Insurance Corporation,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. CIV-16-767-D<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SETTLEMENT

Comes Now the Plaintiff, Bellwoode LLC, by and through its counsel of record, Michael D. McGrew, who hereby gives notice to the court that the parties have reached a settlement of the above captioned matter.   At this time, the parties are in the process of exchanging settlement release documents and drafts.   The parties hereby request that any scheduled court appearances and deadlines be stricken.   The Plaintiff and Defendant anticipate that a final dismissal will be filed within thirty days.

Respectfully submitted this 23rd day of August, 2017.

-2-

        By:   /s/Michael McGrew
              Michael D. McGrew, OBA # 13167
              McGrew, McGrew & Associates
              400 N. Walker Ave., #115
              Oklahoma City, OK 73102
              Telephone: (405) 235-9909
              Facsimile:   (405) 235-9929
              E-Mail:   mcgrewslaw@yahoo.com
              ATTORNEYS FOR PLAINTIFF

# CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2017, I electronically transmitted the attached document, Notice of Settlement to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

J James Gibbs, II
Goolsby, Proctor, Heefner & Gibbs
701 N. Broadway
Oklahoma City, OK 73102

**COUNSEL FOR DEFENDANT**

                                                       s/Michael D. McGrew
                                                       Michael D. McGrew