# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

1. BELLWOODE LLC, an Oklahoma Limited, )
   Liability Company, )
   )
         Plaintiff, )
   )
v. ) Case No. CIV-16-767-D
   )
1. COVINGTON SPECIALTY INSURANCE )
   COMPANY, A Foreign For Profit Insurance )
    Corporation, )
   )
        Defendant. )

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Bellwoode LLC, and Defendant, Covington Specialty Insurance Company, hereby stipulate to the dismissal of the above entitled action with prejudice to the refiling thereof.  Each side is to bear its own costs and fees.

By   s/ Michael D. McGrew  
Michael D. McGrew, OBA #013167
MCGREW, MCGREW & ASSOCIATES
400 N. Walker, Suite 115
Oklahoma City, OK 73102
Telephone:  (405) 235-9909
Facsimile:   (405) 235-9929
mcgrewslaw@yahoo.com
**COUNSEL FOR PLAINTIFF**

s/ James L. Gibbs, II
James L. Gibbs, II, OBA #15689
GOOLSBY, PROCTOR, HEEFNER & GIBBS, PC
701 N. Broadway, Oklahoma City, OK 73102
Telephone: (405)   524-2400
 Facsimile: (405) 525-6004
 E-mail Address: jgibbs@gphglaw.com
 Counsel for Defendant